UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANNAPURNA DEO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:11-CV-602-FL |
| BRUCE MEIER; ROBERTA BENTON, ) | |
| EVELYN STURDIVANT; and DUKE ) | |
| HEALTH TECHNOLOGY SOLUTIONS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to enforce an arbitration award and to dismiss the complaint pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure and the memorandum and recommendation of the United States Magistrate Judge, to which plaintiff filed objections and defendants responded.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 12, 2013, and for the reasons set forth more specifically therein, that defendants' motion to enforce an arbitration award and to dismiss the complaint pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure is granted. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 13, 2013, and Copies To:**

Annapurna Deo (via U.S. Mail) 107 Foxcrest Ct., Cary, NC 27513
C. Matthew Keen (via CM/ECF Notice of Electronic Filing)
Michael Douglas McKnight (via CM/ECF Notice of Electronic Filing)


February 13, 2013             JULIE A. RICHARDS, CLERK
                               /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk